UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Francisco Martinez Ramirez, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Nikolozi Shaverdashvili, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-01188-MDC <br><br> **ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE** |

Plaintiffs filed a *Motion to Dismiss*. *ECF No. 52.* This is a consent case pursuant to General Order 2023-11, adopted under 28 U.S.C. § 636(c) and Local Rules IB 2-1 and 2-2. Consent to a magistrate judge is voluntary. *See* General Order at *ECF No. 3*.

Since the plaintiffs seek to dismiss the case against the defendants, and the defendants NSH Logistics, Inc. and Robert Dale have not had an opportunity to consent to the jurisdiction of the magistrate judge, the Court directs the Clerk of Court to assign a district judge in this case. Adjudicating a Motion to Dismiss is dispositive, and the defendants may be prejudiced if the Court enters judgment here without their consent. The Court will hold the *Motion to Dismiss* in abeyance pending the assignment of a district judge.

ACCORDINGLY,

IT IS ORDERED that the Clerk of Court is kindly DIRECTED to randomly assign a district judge to this case.

DATED November 7, 2025

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge